UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGGIE C. FLEWELLEN, | No. C 07-427 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JAMES TILTON, | |
| Respondent. | |

This action is dismissed because the petition was not filed before the expiration of the habeas statute of limitations period.

IT IS SO ORDERED AND ADJUDGED.

DATED: December 18, 2007

SUSAN ILLSTON
United States District Judge